UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GAIL FITZPATRICK and WAYNE
WALKER, individually and on
behalf of all others similarly situated,　　　　CASE NO. 11-cv-01206-SBA

　　　　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　STIPULATION AND [PROPOSED]
　　　　　　　　　　　　　　　　　　　ORDER SELECTING ADR PROCESS
MATCH.COM, L.L.C.

　　　　　　　　Defendant(s).
_____/

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　___　Non-binding Arbitration (ADR L.R. 4)
　　___　Early Neutral Evaluation (ENE) (ADR L.R. 5)
　　_x_　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 1608 and ADR L.R. 3-5)*

**Private Process:**
　　___　Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
　　____　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　_x_　other requested deadline - within a reasonable time after the Resolution of the pending Motion to Dismiss, and the forthcoming 12(b)(6) Motion, and Motion to Deny Class Certification.

Dated: _6.8.11_　　　　　　　　　　　　　_/s/ Vahn Alexander_____
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: _6.8.11_　　　　　　　　　　　　　_/s/ James Edward Maloney_____
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ___ Non-binding Arbitration
- ___ Early Neutral Evaluation (ENE)
- _x_ Mediation
- ___ Private ADR

Deadline for ADR session
- ___ 90 days from the date of this order.  60 days
- _x_ other - within a reasonable time after the Resolution of the pending Motion to Dismiss, and the forthcoming 12(b)(6) Motion, and Motion to Deny Class Certification.

IT IS SO ORDERED.

Dated:  6/16/11

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE